STATE OF SOUTH CAROLINA )      IN THE COURT OF COMMON PLEAS
                        )
COUNTY OF SPARTANBURG   )

Roger Dean Ezell,              )
                               )    SUMMONS
                               )    Case No.: 2013-CP-42-_____
              Plaintiff,       )    (Non-Jury)
                               )
vs.                            )    2013-CP-42-1300
                               )
S.M. Williams and South Carolina )
Department of Public Safety,   )
                               )
              Defendants.      )

**TO THE DEFENDANTS NAMED ABOVE:**

**YOU ARE HEREBY SUMMONED** and required to answer the Summons and Complaint in this action, a copy of which is herewith served upon you, and to serve a copy of your Answer to the Summons and Complaint on the undersigned at his office located at Post Office Box 3565, 250 Magnolia Street, Spartanburg, SC 29304, within thirty (30) days after the service hereof, exclusive of the day of such service, and if you fail to answer the Summons and Complaint within the time aforesaid, the Plaintiff in this action will apply to the Court for the relief demanded in this Complaint.

Dated at Spartanburg, South Carolina, on this 5th day of March, 2013.

THE ANTHONY LAW FIRM, P.A.

_____
Kenneth C. Anthony, Jr.
The Anthony Law Firm, PA
Post Office Box 3565
Spartanburg, SC 2930
(864) 582-2355

Spartanburg, SC

STATE OF SOUTH CAROLINA  )
                        )    IN THE COURT OF COMMON PLEAS
COUNTY OF SPARTANBURG    )

Roger Dean Ezell,        )
                         )
        Plaintiff,       )    COMPLAINT
                         )    Case Number: 2013-DR-42-____
vs.                      )    (Non-Jury)
                         )
                         )    2013-CP-42- 1300
S.M. Williams and South  )
Carolina Department of Public )
Safety,                  )
                         )
        Defendants.      )

Plaintiff would respectfully show into this Court:

### FOR A FIRST CAUSE OF ACTION

1. Plaintiff is a citizen and resident of Spartanburg County, South Carolina.

2. Plaintiff is informed and believes that the Defendant S.M. Williams is a citizen and resident of Spartanburg County, South Carolina, employed at all times mentioned herein by the Defendant South Carolina Department of Public Safety as a highway patrol officer.

3. The Defendant South Carolina Department of Public Safety is a department of the state of South Carolina employing highway patrol officers.

4. On or about July 11, 2012, the Plaintiff was operating his vehicle and attempting to merge onto business Interstate 85 in Spartanburg County. The Defendant Williams, operating a vehicle of the Defendant South Carolina Department of Public Safety, blocked his entry onto the highway. As a result of the actions of the Defendant

Williams, the Plaintiff gestured to Williams. Williams then proceeded to activate his blue lights and siren on his vehicle and forced the Plaintiff to pull off of the highway and stop. The Defendant Williams then proceeded to arrest the Plaintiff, charging him with Public Disorderly Conduct. The Defendant Williams then had Plaintiff's vehicle towed even though Plaintiff's place of business was nearby. Plaintiff was placed in handcuffs, placed in the patrol car and taken to the Spartanburg County Detention Facility where he was photographed, fingerprinted, and held against his will for a number of hours.

5. When the case was called for trial on February 27, 2013, the Defendant Williams chose to dismiss the case without trial.

6. The actions of the Defendant Williams at the time and place above mentioned, violates 42 USC Section 1983, in that the Plaintiff was deprived of his rights, privileges and immunities secured by the US Constitution and laws while the Defendant Williams was purporting to act under color of South Carolina Statute.

7. Plaintiff is informed and believes that he is entitled to actual and punitive damages as well as attorneys' fees, by reason of the actions of the Defendant Williams.

### FOR A SECOND CAUSE OF ACTION

8. Plaintiff reiterates and re-alleges all of the allegations contained in Paragraphs One (1) through Five (5), as fully as though set forth verbatim.

9. The Defendant Williams, and, through the doctrine of respondeat superior, the Defendant South Carolina Department of Public Safety falsely imprisoned the Plaintiff.

10. The Plaintiff is entitled to actual damages by reason of this false imprisonment.

## FOR A THIRD CAUSE OF ACTION

11. Plaintiff reiterates and re-alleges all of the allegations contained in Paragraphs One (1) through Five (5), as fully as though set forth verbatim.

12. The actions of the Defendant Williams, through the doctrine of respondeat superior, the Defendant South Carolina Department of Public Safety have defamed the good name and reputation of the Plaintiff by charging him with a crime, resulting in his name, information concerning the charges, and his photograph being posted to various locations and sites in various forms and fashions, all of which may never be fully eradicated.

13. Plaintiff is entitled to judgement against the Defendants by reason of this defamation per se.

## FOR A FOURTH CAUSE OF ACTION

14. Plaintiff reiterates and re-alleges all of the allegations contained in Paragraphs One (1) through Five (5), as fully as though set forth verbatim.

15. The injuries and damages suffered herein were the direct and proximate result of the following negligent, wilful, wanton, careless and grossly negligent acts on the part of the Defendants herein at the time and place above mentioned:

   a) Failing to know the law;

   b) Failing to apply the law properly;

   c) Failing to heed the protestations of the Plaintiff;

   d) Failing to train the Defendant Williams properly.

16. Plaintiff is entitled to actual damages from the Defendants.

**WHEREFORE**, Plaintiff prays judgment against the Defendants for actual and punitive damages, attorneys' fees, cost of this action and such other and further relief as may seem just and proper.

THE ANTHONY LAW FIRM, P.A.

KENNETH C. ANTHONY, JR.
Attorney for Plaintiff
250 Magnolia Street
Spartanburg, SC 29304
(864) 582-2355

March 5, 2013
Spartanburg, SC

FILED
CLERK OF COURT
SPARTANBURG COUNTY
2013 MAR 14 PM 3:59
M. HOPE BLACKLEY